JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLADA CHERNYUK, <br><br>  Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br>  Defendant. | Case No. 2:18-cv-07341 R(JCx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-07341 R (JCx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 7, 2018

_____
Hon. Manuel L. Real
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

166749.1

Case No. 2:18-cv-07341 R(JCx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE